IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00408-MEH

DIANE S. JONES, individually and on
behalf of herself and all others similarly
situated,

    Plaintiff,

v.

P2ES HOLDINGS, LLC, doing business as
P2 ENERGY SOLUTIONS,

    Defendant.

---

Civil Action No. 23-cv-00469-MEH

JOAN OGG, individually and on
behalf of herself and all others similarly
situated,

    Plaintiff,

v.

P2 ENERGY LLC,

    Defendant.

---

**MINUTE ORDER**

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 20, 2023.**

    Pursuant to the consent forms filed by all parties declining consent under D.C.Colo.LCivR 40.1(c) (ECF 10 at 23-cv-00408-MEH; ECF 11 at 23-cv-00469-MEH), the Court directs the Clerk of the Court to **reassign** this case under D.C.Colo.LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72 and D.C.Colo.LCivR 72.1(c).

    In addition, the parties in *Jones v. P2ES Holdings, LLC*, 23-cv-00408-MEH having filed an unopposed motion to consolidate (ECF 4), and a notice of case association having been filed in both cases, the Clerk of Court is hereby directed to assign both cases to the same District Court Judge, in the interest of judicial economy and efficiency.