IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 23-cv-00408-GPG-MEH

DIANE JONES,

    Plaintiff,

v.

P2ES HOLDINGS, LLC,

    Defendant.

----------------------
and
----------------------

Civil Action No. 23-cv-00469-DDD-MEH

JOAN OGG,

    Plaintiff,

v.

P2 ENERGY, LLC,

    Defendant.

ORDER CONSOLIDATING CASES

    Pursuant to D.C. Colo. L. Civ. R. 40.1(a) and 42.1, and with the consent of Judge Domenico, the Motion to Consolidate (D. 4 in Case No. 23-cv-00408) is **GRANTED**. The cases are consolidated for all future purposes. The Clerk of the Court shall reassign Case No. 23-cv-00469 to the undersigned, maintaining Magistrate Judge Hegarty as the assigned Magistrate Judge. Thereafter, the -00469 case shall be consolidated into the -00408 case and all further filings in the

consolidated matters shall take place only in Case No. 23-cv-00408 and under that case's caption. The Clerk of the Court shall administratively close Case No. 23-cv-00469. The parties shall confer as to whether a Consolidated Amended Complaint or any adjustment to the parties is necessary and, if so, shall file an appropriate motion within 30 days of this Order.

The Motion for Appointment of Interim Class Counsel (D. 5 in -00408) is **DENIED AS MOOT**. At this time, there do not appear to be other putative class members other than Ms. Jones and Ms. Ogg asserting similar claims and no other counsel seeking to act on behalf of the putative class. There being no potential dispute in representation of the putative class, the appointment of interim class counsel is unnecessary.

Dated at Grand Junction, Colorado this May 8, 2023.

**Gordon P. Gallagher**
United States District Judge