**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 23-cv-00408-GPG-MEH

DIANE S. JONES et al, on behalf of herself
and all others similarly situated,

      Plaintiff,

  v.

P2ES HOLDINGS, LLC, d/b/a
P2 ENERGY SOLUTIONS,

      Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Joan Ogg and Diane Jones ("Plaintiffs") and Defendant P2ES Holdings, LLC ("Defendant") (together with Plaintiffs, the "Parties"), hereby submit this Joint Notice of Settlement and notify the Court that on August 9, 2023, the Parties reached an agreement in principle to settle this action on a class-wide basis. This agreement, if preliminarily and finally approved, will dispose of the above-captioned action in its entirety. The Parties are presently drafting the settlement documents and anticipate filing a motion for preliminary approval on or before September 25, 2023.

In light of the settlement and the forthcoming motion for preliminary approval, the Parties respectfully request that the Court vacate all pending case deadlines.

Dated: August 10, 2023.

Respectfully submitted,

| MARKOVITS STOCK & DEMARCO, LLC | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC | BAKER & HOSTETLER LLP |
|---|---|---|
| */s/Terence R. Coates* <br> Terence R. Coates <br> tcoates@msdlegal.com <br> 119 East Court Street <br> Suite 530 <br> Cincinnati, OH 45202 <br> (513) 651-3700 <br> ***Attorney for Plaintiffs*** | */s/Gary M. Klinger* <br> Gary M. Klinger <br> gklinger@milberg.com <br> 227 West Monroe Street, <br> Suite 2100 <br> Chicago, IL 60606 <br> (866) 252-0878 <br> ***Attorney for Plaintiffs*** | */s/ Keeley O. Cronin* <br> Casie D. Collignon (35160) <br> ccollignon@bakerlaw.com <br> Keeley O. Cronin (54693) <br> kcronin@bakerlaw.com <br> 1801 California Street <br> Suite 4400 <br> Denver, CO  80202-2662 <br> (303) 861-0600 <br> ***Attorney for Defendant*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Terence Richard Coates
tcoates@msdlegal.com

Casie D. Collignon (35160)
ccollignon@bakerlaw.com

Keeley O. Cronin (54693)
kcronin@bakerlaw.com

                                                                                    */s/ Gary M. Klinger*
                                                                                       Gary M. Klinger