# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 23-cv-00408-GPG-MEH

DIANE S. JONES and JOAN OGG, on
behalf of themselves and all others similarly
situated,

        Plaintiffs,

    v.

P2ES HOLDINGS, LLC, d/b/a
P2 ENERGY SOLUTIONS,

        Defendant.

---

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

---

Plaintiffs Joan Ogg and Diane Jones, individually and on behalf of all others similarly situated ("Plaintiffs"), by and through counsel of record, request leave of Court to file their Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion for Preliminary Approval") in excess of the fifteen (15)-page limit established by this Court's Order on Motions. Plaintiffs seek leave to file a motion and supporting memorandum that combined will be no more than 25 pages (a ten-page extension).

In support of this motion (the "Motion for Leave"), Plaintiffs state as follows:

1. Plaintiffs will file their Motion for Preliminary Approval on October 5, 2023.

2. Given the number and scope of the issues that a party is required to address under Federal Rule of Civil Procedure 26 for preliminary approval of a class action

settlement, Plaintiffs believe that the 15-page limit established by the Court's Order on Motions is insufficient for the Motion for Preliminary Approval.

3. The foregoing constitutes good cause for granting this motion.

4. Plaintiffs therefore request that the Court grant them leave to submit up to and including twenty-five (25) pages for their Motion for Preliminary Approval.

5. Plaintiffs met and conferred with Defendant's counsel regarding this Motion for Leave pursuant to D.C.COLO.L.Civ.R 7.1 on October 4, 2023. Defendant's counsel indicated to Plaintiffs' counsel that Defendant does not oppose Plaintiffs' Motion for Leave.

6. This Motion for Leave is filed in good faith and not for the purpose of oppression, harassment, or delay.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave and permit Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement up to and including twenty-five (25) pages, and such other relief as this Court deems just and proper.

Dated: October 4, 2023  Respectfully submitted,

*/s/ Terence R. Coates*
TERENCE R. COATES
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513/651-3700
Fax: 513-665-0219
tcoates@msdlegal.com

- 3 -

**CERTIFICATE OF SERVICE**

      I, Terence R. Coates, hereby certify that a copy of this Plaintiffs' Unopposed Motion for Leave to File Excess Pages for their Unopposed Motion for Preliminary Approval of Class Action Settlement was sent to counsel of record via the federal court's e-filing system.

Dated: October 4, 2023             */s/ Terence R. Coates*
                                            Terence R. Coates