## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00408-GPG-MEH

DIANE S. JONES, and JOAN OGG,
*on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

P2ES HOLDINGS, LLC d/b/a P2 Energy Solutions,

    Defendant.

---

## DECLARATION OF SCOTT M. FENWICK OF
## KROLL SETTLEMENT ADMINISTRATION LLC
## IN CONNECTION WITH PRELIMINARY APPROVAL OF SETTLEMENT

---

I, Scott M. Fenwick, hereby declare:

    1.    I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the proposed Settlement Administrator to be appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with preliminary approval of the settlement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in that certain Settlement Agreement.

2.	Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities, labor and employment, consumer and government enforcement matters.  Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years.

3.	Kroll is prepared to provide a full complement of Settlement Administration services in connection with the Settlement Agreement entered into in this matter, including notice of the Settlement Agreement disseminated by email, mail, and through the use of a Settlement Website to be created in connection with this matter.

4.	It is Kroll's understanding that it will be provided with Class Member Information covered under the proposed settlement, and such Class Member Information will contain a combination of names, last known physical addresses, email addresses and other data elements pertinent to the Settlement Administration.

**Notice by Email**

5.	In preparation for disseminating notice by email, Kroll will work with Class Counsel and Defendant's counsel (collectively, "Counsel") to finalize the language of the email form of the Short Notice (the "Email Notice").  Once approved, Kroll will create an Email Notice template in preparation for the email campaign.  Kroll will prepare a file with all Class Member email addresses and upload the file to an email campaign platform.  Kroll will prepare email proofs for Counsel's review and final approval.  The proofs/test emails for approval will include the body of the email and subject line.  Once the proofs/test emails are approved, the email campaign will begin as directed in the Settlement Agreement.

6.	Kroll will track and monitor Email Notices that are rejected or "bounced back" as undeliverable.  At the conclusion of the email campaign, Kroll will provide a report with the email delivery status of each record.  The report will include the number of records that had a successful Email Notice delivery, and a count of the records where delivery failed.  Kroll will also update its administration database with the appropriate status of the email campaign for each of the Class Member records.

DECLARATION OF SCOTT M. FENWICK IN CONNECTION WITH PRELIMINARY APPROVAL

7. If the Email Notice was delivered successfully, no further action will be taken with respect to the particular potential Class Member record.

### Notice by Mail

8. Kroll will work with Counsel to format the Short Notice for mailing. Upon approval, Kroll will coordinate the preparation of Short Notice proofs for Counsel's review and final approval.

9. As set forth under paragraph 3.2(d) of the Settlement Agreement, Kroll will send the Short Notice to the physical addresses of Class Members by first-class mail.

10. In preparation for the notice mailing, Kroll will send the Class Member Information through the United States Postal Service's ("USPS") National Change of Address ("NCOA") database. The NCOA process will provide updated addresses for Class Members who have submitted a change of address with the USPS in the last 48 months, and the process will also standardize the addresses for mailing. Kroll will then prepare a mail file of Class Members that are to receive the notice via first-class mail.

11. As set forth under paragraph 3.2(d) of the Settlement Agreement, mailed Short Notices returned by the USPS with a forwarding address will be automatically re-mailed to the updated address provided by the USPS.

12. As set forth under paragraph 3.2(d) of the Settlement Agreement, mailed Short Notices returned by the USPS undeliverable as addressed without a forwarding address will be sent through an advanced address search process in an effort to find a more current address for the record. If an updated address is obtained through the advanced search process, Kroll will re-mail the notice to the updated address.

### Settlement Website

13. Kroll will work with Counsel to create a dedicated Settlement Website. As set forth in paragraph 3.2(c) of the Settlement Agreement, the Settlement Website URL shall be www.p2datasettlement.com, or another URL as agreed to be Counsel. The Settlement Website will contain a summary of the Settlement, will allow Class Members to contact the Settlement

Administrator with any questions or changes of address, provide notice of important dates such as the Final Approval Hearing, Claims Deadline, Objection Date, and Opt-Out Date, and provide Class Members who file Claim Forms online the opportunity to select an electronic payment method, including Venmo, Zelle, Paypal, ACH, or payment by check. The Settlement Website will also contain relevant case documents including the Long Notice, the Claim Form, Preliminary Approval Order, Settlement Agreement, and any other materials agreed upon by Counsel and/or required by the Court.

### Toll-Free Telephone Number

14. Kroll will also establish a toll-free telephone number for the settlement. The toll-free telephone number will allow Class Members to call and obtain information about the settlement through an Interactive Voice Response ("IVR") system and live operator option. Class Members may also request copies of the Long Notice and paper Claim Form, as well as the Settlement Agreement.

### Post Office Box

15. Kroll will designate a post office box with the mailing address captioned *Jones et al. v. P2ES Holdings, LLC*, c/o Kroll Settlement Administration, PO Box <<####>>, New York, NY <<Zip-Zip4>> in order to receive requests for exclusion, Claim Forms, and correspondence from Class Members.

### Administration Fees and Costs of Settlement Administration

16. Based on Kroll's current understanding of the Class size and requested Settlement Administration services, estimated Administration Fees are approximately $191,000 for fees, costs and other expenses incurred for Settlement Administration pursuant to the Settlement Agreement. The current estimate is subject to change depending on factors such as the actual settlement Class size and/or any Settlement Administration scope change not currently under consideration.

- 5 -

  I declare under penalty of perjury under the laws of the United Sates that the above is true and correct to the best of my knowledge and that this declaration was executed on October 5, 2023, in Inver Grove Heights, Minnesota.

                                 _____
                                  Scott M. Fenwick