UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DIANE S. JONES, and JOAN OGG, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> P2ES HOLDINGS, LLC, <br><br> Defendant | Case No. 23-cv-00408-GPG-MEH <br><br> Judge Hon. Gordon P. Gallagher |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

The Court, having considered Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards (the "Motion"), the supporting memorandum, and noting that no opposition has been filed to the Motion by defendant or any Settlement Class Member, finds and orders as follows:

1. The attorneys' fees requested are presumptively reasonable as they represent approximately 33.33% of the common benefit created by the Settlement.

2. The summary lodestar crosscheck confirms the reasonableness of the attorneys' fees requested.

3. The $12,309.94 in requested costs and expenses are reasonable and were necessary for the prosecution of this case.

4. Service Awards of $5,000 per Class Representative are reasonable and are warranted for the work performed by Plaintiffs on behalf of the Class in this case.

As the requested attorneys' fees, expenses, and Service Awards are reasonable, and there being no objection to them, the Motion is hereby GRANTED.  Plaintiffs' counsel are awarded $416,666.67 in attorneys' fees and $12,309.94 in reasonable case expenses, and the Class Representatives are awarded $5,000 each as a Service Award.

ORDERED this _____ day of _____, 2024.

 

HON. GORDON P. GALLAGHER
UNITED STATES DISTRICT JUDGE